UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIAO YANG,

                Plaintiff,

-against-

FEILOS HOLDING LLC and FEI XIE,

                Defendants.

Case No. 25-cv-05987 (JLR)

**ORDER OF SERVICE**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is respectfully directed to issue summonses as to Defendants Feilos Holding LLC and Fei Xie. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Dated: August 13, 2025
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.