UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIAO YANG,<br><br>        Plaintiff,<br><br> -against-<br><br>FEILOS HOLDINGS LLC and FEI XIE,<br><br>        Defendants. | 1:25-cv-05987 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff brings this *pro se* action against Defendants alleging, *inter alia*, breach of promissory note, fraud, and unjust enrichment. Dkt. 1. On September 19, 2025, Defendant Fei Xie, also proceeding *pro se*, served Plaintiff with a motion to dismiss for lack of subject matter jurisdiction. *See* Dkt. 10. Plaintiff's opposition to Defendant Xie's motion was due on October 3, 2025. *Id.* To date, Plaintiff has not opposed the motion. As a courtesy, the Court will extend Plaintiff's deadline to respond to the motion to **November 11, 2025**. If the Court does not receive a response by that date, it will deem the motion to dismiss unopposed. Failure to comply with Court orders and deadlines may also result in dismissal of this case for failure to prosecute. Defendant Xie shall file any reply by **November 25, 2025**.

  The Clerk of Court is directed to mail a copy of this Order to Defendant Fei Xie, Fed. Reg. # 58620-510, at LSCI Allenwood, FEDERAL CORRECTIONAL INSTITUTION, P.O. Box 1000, White Deer, PA 17887. As Plaintiff previously consented to receive electronic notice via the ECF system, *see* Dkt. 2, there is no need to mail a copy of this Order to Plaintiff.

Dated: November 4, 2025
   New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge