UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIAO YANG,

                                Plaintiff,

                -against-                                     Case No. 1:25-cv-05987 (JLR)

FEILOS HOLDINGS LLC and FEI XIE,                             **ORDER**

                                Defendants.

JENNIFER L. ROCHON, United States District Judge:

Plaintiff brings this *pro se* action against Defendants alleging, *inter alia*, breach of promissory note, fraud, and unjust enrichment. Dkt. 1. On September 19, 2025, Defendant Fei Xie, also proceeding *pro se*, served Plaintiff with a motion to dismiss for lack of subject matter jurisdiction. *See* Dkt. 10. Following the Court's grant of a courtesy extension on November 4, 2025, Dkt. 11, Plaintiff filed an opposition to Defendant Xie's motion on November 6, 2025, Dkt. 13. In that November 4 order, the Court had set Defendant Xie's reply deadline to November 25, 2025. *See* Dkt. 11. However, it has come to the Court's attention that a copy of that order was never mailed to Defendant Xie. Accordingly, the Court shall extend Defendant Xie's deadline to reply to Plaintiff's opposition to **December 15, 2025**.

The Clerk of Court is directed to mail a copy of this Order to Defendant Fei Xie, Fed. Reg. # 58620-510, at LSCI Allenwood, FEDERAL CORRECTIONAL INSTITUTION, P.O. Box 1000, White Deer, PA 17887. As Plaintiff previously consented to receive electronic notice via the ECF system, *see* Dkt. 2, there is no need to mail a copy of this Order to Plaintiff.

Dated: November 26, 2025
         New York, New York

                                SO ORDERED.

                                _____
                                JENNIFER L. ROCHON
                                United States District Judge