UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIAO YANG,

                    Plaintiff,

        -against-

FEILOS HOLDINGS LLC and FEI XIE,

                    Defendants.

Case No. 1:25-cv-05987 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff brings this *pro se* action against Defendants alleging, *inter alia*, breach of promissory note, fraud, and unjust enrichment. Dkt. 1. On September 19, 2025, Defendant Fei Xie, also proceeding *pro se*, served Plaintiff with a motion to dismiss for lack of subject matter jurisdiction. *See* Dkt. 10. Following the Court's grant of a courtesy extension on November 4, 2025, Dkt. 11, Plaintiff filed an opposition to Defendant Xie's motion on November 6, 2025, Dkt. 13. The Court extended Defendant Xie's deadline to reply to Plaintiff's opposition to December 15, 2025. Dkt. 14. To date, however, Defendant Xie has not filed a reply. The Court will therefore grant Defendant Xie a final courtesy extension and re-set his reply deadline to **December 30, 2025**.

The Clerk of Court is directed to mail a copy of this Order to Defendant Fei Xie, Fed. Reg. # 58620-510, at LSCI Allenwood, FEDERAL CORRECTIONAL INSTITUTION, P.O. Box 1000, White Deer, PA 17887.

Dated: December 16, 2025
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge